ACCEPTED
03-15-00247-CR
6335166
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/3/2015 4:05:35 PM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00247-CR

| | | |
|---|---|---|
| **KAYLA JEAN LARDIERI** | § | **IN THE THIRD** FILED IN<br>3rd COURT OF APPEALS<br>AUSTIN, TEXAS |
| **V.** | § | **DISTRICT COURT OF** 8/3/2015 4:05:35 PM |
| | | JEFFREY D. KYLE |
| **THE STATE OF TEXAS** | § | **APPEALS OF TEXAS** Clerk |

### STATE'S FIRST MOTION TO EXTEND TIME TO FILE BRIEF

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes the State of Texas, Appellee in the above-styled and -numbered cause, and moves for an extension of time of 30 days to file Appellee's brief, and for good cause would show the following:

### I.

Appellant was convicted by a jury of Attempt to Commit Capital Murder, Aggravated Kidnapping, Aggravated Robbery, and Tampering with Physical Evidence. Her punishment was assessed by the trial court at 30 years for the Attempted Capital Murder, Aggravated Kidnapping and Aggravated Robbery offenses, for which there was a deadly weapon finding. She received 10 years for the Tampering offense. The sentences were to be served concurrently. Appellant was also assessed court costs. Appellant's brief was filed on July 2, 2015. The State's brief is currently due on August 3, 2015.

1

## II.

Chari Kelly – the attorney for the State at trial – is handling the State's brief in this case. In the past month she has appeared for her regular docket, grand jury on July 8th and intake on July 15th and 29th. She also prepared for a trial on July 21st in CR2012-407 which involved Possession of Marijuana between 5 and 50 Pounds, a third-degree felony. Additionally, she is out of the office for the first part of this week. Because of the foregoing, she has not yet been able to work on a response, and the State respectfully requests an extension of 30 days to file the State's brief in the instant cause. This is the first extension sought by Appellee.

## III.

**WHEREFORE, PREMISES CONSIDERED,** the State's counsel respectfully prays for an extension of 30 days, until September 2, 2015, so that an adequate response may be made to Appellant's brief. This extension is not requested for purposes of delay but so that justice may be done.

Respectfully submitted,

/s/ Joshua D. Presley
**Joshua D. Presley** SBN: 24088254
preslj@co.comal.tx.us
Comal Criminal District Attorney's Office
150 N. Seguin Avenue, Suite 307
New Braunfels, Texas 78130
Ph: (830) 221-1300 / Fax: (830) 608-2008

2

## CERTIFICATE OF SERVICE

I, Joshua D. Presley, Assistant District Attorney for the State of Texas, Appellee, hereby certify that a true and correct copy of this *State's First Motion to Extend Time to File Brief* has been delivered to Appellant KAYLA JEAN LARDIERI's attorney in this matter:

Paul A. Finley
pfinley@reaganburrus.com
Reagan Burrus, PLLC
401 Main Plaza, Suite 200
New Braunfels, TX 78130
*Counsel for Appellant on Appeal*

By electronically sending it to the above-listed email address through efile.txcourts.gov, this 3rd day of August, 2015.

/s/ Joshua D. Presley
**Joshua D. Presley**